IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02419-REB-BNB

ERNEST J. MEDINA,

Petitioner,

v.

STEVEN HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

## ORDER
_____

This matter arises in connection with the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. #4, filed 12/07/07] (the "Application") and the Answer to Application for Writ of Habeas Corpus. The trial court record has not been provided to me, although a review of the record is necessary for the determination of the Application. Accordingly,

IT IS ORDERED that, on or before **May 29, 2009**, the respondents shall provide to the Court the record from the state trial court in the criminal prosecution underlying the Application.

Dated April 29, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge