IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02419-REB-BNB

ERNEST J. MEDINA,

Petitioner,

v.

STEVEN HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

_____

## ORDER

_____

This matter arises on the **Petitioner's Request for Status and Motion for Expedient Disposition . . . .** [Doc. #16] (the "Motion").  The petitioner filed an application for a writ of habeas corpus in this court [Doc. #4] (the "Application").  He requests that he be advised of the status of the Application.  He further requests the Application be granted in an "expedient manner."  I have recently determined that the state trial record is necessary to my review of this case, and I have ordered the respondents to provide the record to me.

IT IS ORDERED that the Motion is GRANTED insofar as the petitioner seeks to be advised of the status of his Application and its expedient determination, and is DENIED in all other respects.

Dated April 30, 2009.

                              BY THE COURT:

                               s/ Boyd N. Boland
                              United States Magistrate Judge